**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-157 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| ERICKA JANE CANTU, | |
| Defendant. | |

---

Based upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated June 22, 2005, with all the files, records and proceedings herein, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 29) is **ADOPTED**; and

2. Defendant Ericka Jane Cantu's Motion to Suppress Evidence Obtained Through Illegal Search (Doc. No. 19) is **DENIED**.

Dated:  July 12, 2005

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge